UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:26-cr-332-CEH-GDP

HIRO VERDECIA

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, states to the Court as follows:

1. An Indictment is pending in this Court against Hiro Verdecia in the above styled case, and it is set for Initial Appearance as to said defendant at Tampa, Florida, on November 5, 2026 at 10:00am.

2. The defendant is now confined in the Hillsborough County Jail – Falkenburg Road Jail.

3. It is necessary to have said defendant before this Court for an Initial Appearance as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a Writ of Habeas Corpus Ad Prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for Initial Appearance, and upon completion of proceedings in this case to return the said defendant to the custody of the Warden, of the Hillsborough County Jail –

Falkenburg Road Jail, and also directing the said Warden, of the Hillsborough County Jail – Falkenburg Road Jail, to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

Date: October 20, 2026

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: *_/s/ Michael J. Buchanan_*

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov

**AUSA REQUEST/WRIT OF HABEAS CORPUS**

To: William B. Berger, Sr.
United States Marshal

From: Michael Buchanan
Assistant United States Attorney

Subject: AUSA Request/Writ of Habeas Corpus

The following information is submitted in order to expedite the execution of the attached AUSA Request/Writ of Habeas Corpus, to assist in the proper identification of defendant and/or witness, and to aid in the safety of transportation.

Name: Hiro Verdecia

AKA:

DOB or Age: 26 years old Race: White Sex: Male

Booking No: 2026-34088 BOP No: FBI No:

Federal/State Charges: Federal

Institution's Phone No.: (813) 247-8300

Case Agent: Jac Christiansen Agency: OIA Phone No: (813) 417-3620

Other Special Handling, Medical, or Separatee Information:

It is acknowledged that ten working days are needed to process the Writ of Habeas Corpus within the Middle District of Florida, and fifteen working days are required when the Writs are from out of the Middle District boundaries.

**THIS FORM IS TO REMAIN ATTACHED**
**TO THE AUSA REQUEST OR COPY OF WRIT**