SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED U.S. MARSHALS 2026 SEP 29 AM 11:17

United States of America
v.
HIRO VERDECIA
*Defendant*

Case No. 8:26-mj-03010-GDP
8:26 CR 332 CEH GDP

OCT 23 2026 PM3:43 FILED - USDC - FLMD - TPA

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* HIRO VERDECIA, who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

Assault on a Federal Officer or Employee, in violation of 18 U.S.C. §§ 111(a)(1) and (b).

Date: 9/28/26

[signature]
*Issuing officer's signature*

City and state: Tampa, Florida

U.S. Magistrate Judge Gregory D. Pizzo
*Printed name and title*

**Return**

This warrant was received on *(date)* 9/29/26, and the person was arrested on *(date)* 10/23/26 at *(city and state)* Hillsborough County, FL.

Date: 10/23/26

[signature]
*Arresting officer's signature*

Jeff R. Webb, CTOUSM
*Printed name and title*