**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**HONORABLE GREGORY D. PIZZO**

| | |
|---|---|
| **CASE NO.** 8:26-cr-332-CEH-GDP | **DATE:** 11/5/2026 |
| **TITLE:** USA v. Hiro Verdecia | |
| **START & END TIME:** 10:04 a.m. – 10:35 a.m. | **TOTAL TIME:** 31 minutes |
| **Courtroom Deputy:** Octavia Jarnegan | **Pretrial/Prob.:** Paul Kelly |
| **Court Reporter:** Digital | **Courtroom:** 10B |
| **Counsel for Plaintiff(s):** Joseph Ruddy, AUSA for Michael Buchanan | |
| **Counsel for Defendant(s):** Ryan Maguire, AFPD | |

**CLERK'S MINUTES**
**Initial Appearance/Arraignment/Detention Hearing**

The Court calls the case, and counsel enter appearances.
AUSA Joseph Ruddy appears on behalf of AUSA Michael Buchanan.

Court advises of certain constitutional rights. Defendant understands.

Defendant's request for appointment of counsel is GRANTED. Michael Buchanan from the Federal Public Defender is appointed based on the defendant's financial affidavit.

The Court advises of the charges contained in the Indictment. Defendant waives the full and formal reading, enters a plea of not guilty, and moves to participate in discovery. Government moves for reciprocal discovery.

BOND: Government seeks detention, and proffer made by counsel.

Defendant seeks release, and proffer made by counsel.

Statement made by Pretrial Officer Paul Kelly.

The Court orders defendant detained pending trial.

This case is set on the December 2026 Trial Calendar before
District Judge Honeywell, beginning December 7, 2026, at 9:00 a.m.
A Status Conference is scheduled for November 17, 2026, at 9:30 a.m. in courtroom 13A.

Due Process Act Notice is pronounced by the Court.

Defendant is remanded to the custody of the USMS

Court is adjourned.