**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

**v.** **Case No. 8:26-cr-00332-CEH-GDP**

**HIRO VERDECIA.**
______________________________________ /

**UNOPPOSED MOTION TO CONTINUE TRIAL TERM AND TO EXCUSE APPEARANCE OF COUNSEL AT STATUS CONFERENCE**

Defendant, Hiro Verdecia, by and through undersigned counsel and pursuant to Local Rule 3.08, moves this Court to continue the trial term set for December 2026 by two cycles, to the February 2027 trial term, and to excuse counsel's appearance at the status conference scheduled for November 17, 2026. As grounds in support thereof, Mr. Verdecia states:

1. Mr. Verdecia is charged in a two-count indictment with violations of 18 U.S.C. §§ 111(b) and 1382.
2. Mr. Verdecia had his initial appearance, arraignment, and detention hearing before the Honorable Gregory D. Pizzo on November 5, 2026. He entered a plea of not guilty and was ordered detained pending trial. Doc. 17.

3. Mr. Verdecia remains detained at the Pinellas County Jail (PCJ).
4. This Court set this matter for the December 2026 trial term, beginning December 7, 2026, and scheduled a Zoom status conference for Tuesday, November 17, 2026, at 9:30 a.m. Doc. 20.
5. This is the first continuance requested in this matter.
6. This case is in its earliest stages. Undersigned counsel was appointed on November 5, 2026, and has only recently received the government's initial discovery production. Additional time is necessary to review the discovery, discuss the evidence with Mr. Verdecia, investigate potential defenses, and determine whether pretrial motions are appropriate. Defense counsel also requires additional time to consult with Mr. Verdecia regarding the potential resolution of this matter.
7. Given the recent appointment of counsel, the defendant's continued detention, and the recent receipt of discovery, the defense will not have sufficient time to prepare this matter for the December 2026 trial term. A two-cycle continuance will permit counsel to adequately prepare while exercising due diligence.
8. Undersigned counsel further requests that the Court excuse counsel's appearance at the November 17, 2026, status conference. This motion

provides the Court with an update regarding the status of the case and the defense's need for additional time. Counsel respectfully submits that an appearance at the status conference is unnecessary if the Court grants the requested continuance. Counsel will appear if otherwise directed by the Court.

9. Additionally, undersigned counsel will be out of town on November 17, 2026, traveling in connection with an unrelated case. Accordingly, counsel respectfully requests that his appearance at the status conference be excused, particularly because this motion provides the Court with an update regarding the status of the case and the need for additional preparation time.

10. Undersigned has conferred with Assistant United States Attorney Michael Buchanan, who has advised that the government consents to the requested continuance and does not oppose counsel's request to be excused from the status conference.

11. Undersigned counsel has specifically advised Mr. Verdecia that he will be requesting a continuance and waiving his rights to a speedy trial for the period of the continuance. Mr. Verdecia consents to the requested continuance.

## MEMORANDUM OF LAW

Local Rule 3.08 requires a party seeking a continuance to timely move and explain the reasons justifying the request. The Speedy Trial Act permits the exclusion of time resulting from a continuance when the ends of justice served outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). In determining whether a continuance is warranted, the Court may consider whether denying the request would deprive defense counsel of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). Here, counsel was appointed less than two weeks ago and has only recently received initial discovery. Additional time is reasonably necessary to review the evidence, consult with the detained defendant, and adequately prepare the defense. This request is made in good faith, in the interest of justice, and not for the purpose of unnecessary delay.

**WHEREFORE**, Defendant, Hiro Verdecia, respectfully requests this Honorable Court to find that the ends of justice served by a continuance outweigh the best interests of the public and the defendant in a speedy trial, enter an Order continuing the trial term to the February 2027 trial term,

exclude the resulting period of delay pursuant to 18 U.S.C. § 3161(h)(7)(A), and excuse undersigned counsel's appearance at the November 17, 2026, status conference.

DATED this 13th day of November 2026.

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of November 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Buchanan, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire
Assistant Federal Public Defender