**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

v. CASE NO: 8:26-cr-332-CEH-GDP

HIRO VERDECIA
_______________________________/

**ORDER**

This cause is before the Court on Defendant's Unopposed Motion to Continue Trial Term and to Excuse Appearance of Counsel at Status Conference (Doc. 23), filed on November 13, 2026. In the motion, Defendant seeks a two-cycle continuance of the trial in this matter, which is presently scheduled for the December 2026 trial term, to the February 2027 trial term. In support of the motion, defense counsel indicates that this case is in its earliest stages and counsel has only recently received the Government's initial discovery production. Therefore, additional time is necessary to review the discovery, discuss the evidence with Defendant, investigate potential defenses, and determine whether pretrial motions are appropriate. Defense counsel also requires more time to consult with Defendant regarding a potential resolution of this matter. In addition, defense counsel will be out of town on November 17, 2026, traveling in connection with an unrelated case. The Court has been advised that the

Government does not oppose the request for a continuance. Upon consideration, the Court will grant the motion to continue.

Accordingly, Defendant's Unopposed Motion to Continue Trial Term and to Excuse Appearance of Counsel at Status Conference (Doc. 23) is **GRANTED**. This case is continued to the **FEBRUARY 2027 TRIAL TERM**, commencing February 1, 2027. After considering all the factors, including those set forth in 18 U.S.C. § 3161(h)(7)(B), and for the reasons stated in the motion, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant to a speedy trial. The Court, therefore, determines that the time from today until the end of the February 2027 trial term shall be "excludable time" pursuant to 18 U.S.C. § 3161(h).

The status conference is rescheduled for **JANUARY 19, 2027, at 9:30 A.M.** before the undersigned.

**DONE AND ORDERED** in Tampa, Florida, on November 16, 2026.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

Copies: Counsel of Record